UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CAROLYN C. SPILLE**                                                                                  **PLAINTIFF**

V.                                                           CIVIL ACTION NO.1:07CV579 LTS-RHW

**ALLSTATE INSURANCE COMPANY**                                             **DEFENDANT**

### ORDER ALLOWING STIPULATION CONCERNING AMOUNT IN CONTROVERSY

      This case was removed from the County Court of Harrison County, Mississippi, on grounds of diversity of citizenship.  The state court complaint alleges a wrongful refusal of property insurance benefits for damage that occurred during Hurricane Katrina.  Plaintiff has filed a motion [7] to remand.

      The sole issue that governs the propriety of removal is the amount actually in controversy.  The state court complaint is ambiguous.  The complaint alleges damages less than the jurisdictional minimum, but the complaint also alleges total destruction of the insured property and the existence of insurance coverage greater than the jurisdictional minimum.  If the plaintiff in fact seeks no damages beyond the $74,500 alleged in her complaint, this action must be remanded.  If the plaintiff intend to seek additional damages above those alleged in her complaint, the Court must retain jurisdiction of this case.

      Accordingly, I will allow the plaintiff ten days within which she may file a unilateral stipulation that she will not seek damages from the defendant in an amount greater than the amount alleged in her state court complaint.  Upon the filing of this stipulation, this action will be remanded to the County Court of Harrison County, Mississippi.  If the plaintiff does not file this stipulation, the motion to remand will be denied.

      **SO ORDERED** this 27th day of June, 2007.

                                                            s/ L. T. Senter, Jr.
                                                            L. T. SENTER, JR.
                                                            SENIOR JUDGE